## HARMON *v.* THE STATE.

LAMAR, J. Evidence that the defendant and three others were lying on the ground in a secluded spot with money before them, that each had cards in his hand, and that on being discovered all attempted to escape, was sufficient to sustain a verdict that the defendant was guilty of playing and betting at a game played with cards for money. *Pacetti* v. *State*, 82 *Ga.* 297 ; *Arnold* v. *State*, 117 *Ga.* 706.　　*Judgment affirmed. All the Justices concur.*

Submitted April 23, — Decided May 10, 1904.

Accusation of gaming. Before Judge Hammond. City court of Griffin. March 17, 1904.

*T. E. Patterson*, for plaintiff in error.
*J. D. Boyd, solicitor,* contra.